DECEMBER 6, 1982

No. 82–638. LOUISIANA *v.* HRYHORCHUK ET AL. Appeal from Ct. App. La., 3d Cir., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5678. WAYLAND *v.* UNITED STATES. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–453. STULL ET AL. *v.* UNITED STATES. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.